IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S, et al., | ) |
| | ) |
| v. | ) Civil Action No. |
| PERRIGO UK FINCO LIMITED PARTNERSHIP, et al. | ) ) ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES**
**INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  May 2, 2016

Date of Expiration of Patent:  See Below*

Thirty Month Stay Deadline:  July 23, 2019**

\*    6,432,452 - August 19, 2018        8,372,828 - December 18, 2026
     6,787,161 - August 19, 2018        8,377,919 - December 18, 2026
     6,844,013 - December 13, 2018      8,536,163 - December 18, 2026
     7,410,656 - October 10, 2020       8,716,271 - December 18, 2026
     8,278,292 - July 6, 2027           8,735,375 - December 18, 2026
     8,372,827 - December 18, 2026

| 6/10/2016 | /s/ Maryellen Noreika |
|---|---|
| Date | Attorney(s) for Plaintiff |

\*\*    This deadline is calculated pursuant to New Chemical Entity status, which applies in this case.