IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S, LEO LABORATORIES LIMITED, and LEO PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES UT, INC. and ACTAVIS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 16-333 (SLR) ) ) ) ) ) ) |
| LEO PHARMA A/S, LEO LABORATORIES LIMITED, and LEO PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO UK FINCO LIMITED PARTNERSHIP and PERRIGO COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 16-430 (SLR) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) *Plaintiffs' Initial Disclosures* and (2) *Plaintiffs' Initial Disclosures Pursuant to Rule 26(a)(1)* were caused to be served on November 1, 2016 upon the following in the manner indicated:

Melanie K. Sharp, Esquire                                              *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
Robert M. Vrana, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants Actavis Laboratories*
*UT, Inc. and Actavis, Inc.*

Kyle Musgrove, Esquire      *VIA ELECTRONIC MAIL*
Scott Cunning, Esquire
Yongjin Zhu, Esquire
HAYNES AND BOONE, LLP
800 17th Street, Suite 500
Washington, D.C. 20006
*Attorneys for Defendants Actavis Laboratories*
*UT, Inc. and Actavis, Inc.*

Thomas B. King, Esquire      *VIA ELECTRONIC MAIL*
Martin M. Ellison, Esquire
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
*Attorneys for Defendants Actavis Laboratories*
*UT, Inc. and Actavis, Inc.*

Stephanie Sivinski, Esquire      *VIA ELECTRONIC MAIL*
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
*Attorneys for Defendants Actavis Laboratories*
*UT, Inc. and Actavis, Inc.*

Steven J. Fineman, Esquire      *VIA ELECTRONIC MAIL*
Nicole K. Pedi, Esquire
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
*Attorneys for Defendants Perrigo UK Finco*
*Limited Partnership and Perrigo Company*

Gary E. Hood, Esquire      *VIA ELECTRONIC MAIL*
Mark T. Deming, Esquire
Khurram Naik, Esquire
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, IL 60601
*Attorneys for Defendants Perrigo UK Finco*
*Limited Partnership and Perrigo Company*

Jason A. Wietjes, Esquire          *VIA ELECTRONIC MAIL*
POLSINELLI PC
2950 North Hardwood, Suite 2100
Dallas, TX 75201
*Attorneys for Defendants Perrigo UK Finco*
*Limited Partnership and Perrigo Company*

Robyn Ast-Gmoser, Esquire          *VIA ELECTRONIC MAIL*
POLSINELLI PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
*Attorneys for Defendants Perrigo UK Finco*
*Limited Partnership and Perrigo Company*

                                                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                           */s/ Maryellen Noreika*

                                                           Jack B. Blumenfeld (#1014)
                                                           Maryellen Noreika (#3208)
OF COUNSEL:                             1201 North Market Street
                                                           P.O. Box 1347
George F. Pappas                           Wilmington, DE 19899
Jeffrey Lerner                              (302) 658-9200
COVINGTON & BURLING LLP              jblumenfeld@mnat.com
One City Center                              mnoreika@mnat.com
850 Tenth Street NW
Washington DC 20001-4956              *Attorneys for Plaintiffs LEO Pharma A/S, LEO*
(202) 662-6000                            *Laboratories Limited and LEO Pharma, Inc.*

Alexa Hansen
COVINGTON & BURLING LLP
1 Front Street, 35th Floor
San Francisco, CA 94111
(415-591-6000)

November 1, 2016

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 1, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Actavis Laboratories UT, Inc. and Actavis, Inc.* | *VIA ELECTRONIC MAIL* |
| Kyle Musgrove, Esquire<br>Scott Cunning, Esquire<br>Yongjin Zhu, Esquire<br>HAYNES AND BOONE, LLP<br>800 17th Street, Suite 500<br>Washington, D.C.  20006<br>*Attorneys for Defendants Actavis Laboratories UT, Inc. and Actavis, Inc.* | *VIA ELECTRONIC MAIL* |
| Thomas B. King, Esquire<br>Martin M. Ellison, Esquire<br>HAYNES AND BOONE, LLP<br>600 Anton Boulevard, Suite 700<br>Costa Mesa, CA  92626<br>*Attorneys for Defendants Actavis Laboratories UT, Inc. and Actavis, Inc.* | *VIA ELECTRONIC MAIL* |
| Stephanie Sivinski, Esquire<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX  75219<br>*Attorneys for Defendants Actavis Laboratories UT, Inc. and Actavis, Inc.* | *VIA ELECTRONIC MAIL* |

Steven J. Fineman, Esquire  VIA ELECTRONIC MAIL
Nicole K. Pedi, Esquire
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
*Attorneys for Defendants Perrigo UK Finco*
*Limited Partnership and Perrigo Company*

Gary E. Hood, Esquire  VIA ELECTRONIC MAIL
Mark T. Deming, Esquire
Khurram Naik, Esquire
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, IL 60601
*Attorneys for Defendants Perrigo UK Finco*
*Limited Partnership and Perrigo Company*

Jason A. Wietjes, Esquire  VIA ELECTRONIC MAIL
POLSINELLI PC
2950 North Hardwood, Suite 2100
Dallas, TX 75201
*Attorneys for Defendants Perrigo UK Finco*
*Limited Partnership and Perrigo Company*

Robyn Ast-Gmoser, Esquire  VIA ELECTRONIC MAIL
POLSINELLI PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
*Attorneys for Defendants Perrigo UK Finco*
*Limited Partnership and Perrigo Company*

/s/ *Maryellen Noreika*

Maryellen Noreika (#3208)