IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S, LEO LABORATORIES LIMITED, and LEO PHARMA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 16-430 (JFB) (SRF) ) CONSOLIDATED |
| PERRIGO UK FINCO LIMITED PARTNERSHIP and PERRIGO COMPANY, | ) ) ) |
| Defendants. | ) |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE PROTECTIVE ORDER DISPUTE**

Plaintiffs LEO Pharma A/S, LEO Laboratories Limited and LEO Pharma, Inc. ("Plaintiffs") and Defendants Perrigo UK Finco Limited Partnership and Perrigo Company ("Defendants") respectfully move this Court to schedule a teleconference to address a protective order dispute. In light of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference on July 11, 2018 at 11:00 a.m. with counsel for Plaintiffs to initiate the call. Plaintiffs' moving submission is due by 3:00 p.m. on July 5, 2018. Defendants' responsive submission is due by 3:00 p.m. on July 6, 2018.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Maryellen Noreika* | */s/ Steven J. Fineman* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Steven J. Fineman (#4025)<br>Nicole K. Pedi (#6236)<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>pedi@rlf.com |
| *Attorney for Plaintiffs LEO Pharma A/S, LEO Laboratories Limited, and LEO Pharma, Inc.* | *Attorneys for Defendants Perrigo UK FINCO Limited Partnership and Perrigo Company* |
| OF COUNSEL: | OF COUNSEL: |
| George F. Pappas<br>Jeffrey Lerner<br>Chanson Chang<br>Eric R. Sonnenschein<br>Evan Krygowski<br>Kevin B. Collins<br>COVINGTON & BURLING LLP<br>One City Center<br>850 Tenth Street NW<br>Washington DC 20001-4956<br>(202) 662-6000 | Gary E. Hood<br>Thomas L. Gemmell<br>Luke T. Shannon<br>Mark T. Deming<br>POLSINELLI PC<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>(312) 819-1900 |
| Alexa Hansen<br>David Denuyl<br>COVINGTON & BURLING LLP<br>1 Front Street, Fl. 35<br>San Francisco, CA 94111<br>(415-591-6000) | Jason A. Wietjes<br>POLSINELLI PC<br>2950 North Hardwood<br>Suite 2100<br>Dallas, TX 75201<br>(214) 397-0030 |
| | Teri Hong-Phuc Nguyen<br>POLSINELLI PC<br>1661 Page Mill Road, Suite A<br>Palo Alto, CA  94304<br>(650) 461-7700 |

June 15, 2018

SO ORDERED this \_\_\_\_\_ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

2